UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KIM SLAUGHTER,**

    **Plaintiff,**

v.                                       CIVIL ACTION NO. 4:20cv15

**EQUIFAX INFORMATION
SERVICES, LLC, et al.,**

    **Defendants.**

### ORDER

This matter comes before the court on the Defendant, Seventh Avenue, Inc.'s ("Seventh Avenue"), Motion to Dismiss, ECF No. 33, and corresponding Memorandum in Support, ECF No. 34. The Plaintiff, Kim Slaughter's, Response, ECF No. 35, and Seventh Avenue's Reply, ECF No. 37.

On July 23, 2020, the matter was referred to United States Magistrate Judge Robert J. Krask pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the Motion to Dismiss. ECF No. 41.

The Magistrate Judge filed the Report and Recommendation ("R&R"), on August 12, 2020. ECF No. 42. The R&R recommends

2

denying the Motion to Dismiss, ECF No. 33. By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date of the mailing of the R&R to the objecting party. See R&R at 8. No objections were filed.

The court, having reviewed the record in its entirety, does **ADOPT AND APPROVE IN FULL** the findings and recommendations set forth in the R&R of the United States Magistrate Judge, filed on August 12, 2020, ECF No. 42. Accordingly, the Defendant, Seventh Avenue's Motion to Dismiss, ECF No. 33, is **DENIED**.

The Clerk is **DIRECTED** to send a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

August 31, 2020